### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **NICK MALONE, et al.,**  *Plaintiffs*, | § § § |
| **v.** | § § § No. MO:19-CV-296-DC |
| **ARC INSPECTION SERVICES, LLC., SHANE WELLS, and BRANDON GOBLE,**  *Defendants*. | § § § § |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

BEFORE THE COURT are Plaintiffs Nick Malone, Jason Howard, and Jeremiah Kinworthy (collectively, "Plaintiffs") and Defendants Arc Inspection Services, LLC, Brandon Goble, and Shane Wells's (collectively, "Defendants") Joint Motion to Approve Settlement Agreement. (Doc. 46). After due consideration, the Court **GRANTS** the parties' Joint Motion to Approve Settlement Agreement. (Doc. 46).

In their Complaint, Plaintiffs allege Defendants violated the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, by failing to pay Plaintiffs overtime for hours worked in excess of forty hours in a workweek. (Doc. 1). Plaintiffs and Defendants move the Court to approve their Settlement Agreement. (Doc. 46). The parties filed the Settlement Agreement under seal. (Doc. 48).

The Court reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. (Doc. 48).

It is therefore **ORDERED** that the Joint Motion to Approve Settlement Agreement is **GRANTED**, and the Settlement Agreement is **APPROVED**. (Doc. 46).

It is further **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is finally **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**, with costs of court and attorney fees being assessed against the party incurring same, except as otherwise provided in the Settlement Agreement.

It is so **ORDERED**.

SIGNED this 12th day of January, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE